IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ANTHONY LAMONT WELLS,<br><br>                  Defendant. | 8:07CR256<br><br>**ORDER** |

Defendant Anthony Lamont Wells appeared before the court on Wednesday, April 9, 2014 on an Amended Petition for Warrant for Offender Under Supervision [48]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. A preliminary examination was held. The government moved to dismiss allegations 1 and 4 of the Amended Petition [48]. The Court granted the government's oral motion. I find that there is not probable cause to support allegation 3 of the Amended Petition [48]. Further, I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp regarding Allegations 2 and 5 of the Amended Petition for Warrant for Offender Under Supervision [48].

The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is not a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Smith Camp.

IT IS ORDERED:

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 29, 2014 at 11:00 a.m. Defendant must be present in person.

2   The defendant, Anthony Lamont Wells, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

2

4.     Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 9th day of April, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge